UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|    Plaintiff ) | |
| v. ) | CR 417-222 |
| STEPHEN WALKER ) | |
|    Defendant ) | |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Joint Motion to Withdraw Request for Forcible Medication and For Additional Time for Examination filed on June 21, 2019, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 21st day of June, 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA