UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff | ) |  |
| v. | ) | CR 417-222 |
| STEPHEN WALKER | ) |  |
| Defendant | ) |  |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Stipulation submitted on January 9, 2020, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 9th day of January 2020.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA